1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARLOS JESUS CAZARES, | ) | Case No. CV 05-1045 VBF(JC) |
|---|---|---|
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| N.S. EVANS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 14, 2011

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE